UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SHAWN VINCENT BEST,<br><br>　　　　　　　　　Defendant. | NO: 12-CR-0133-TOR<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Defendant's Motion for Order of Dismissal (ECF No. 48) and Motion to Expedite (ECF No. 49). The motions were heard without oral argument and on an expedited basis. The Court has reviewed the motions and is fully informed. The Government seeks to dismiss the Indictment filed against the Defendant without prejudice pursuant to Fed. R. Crim. P. 48.

Accordingly, IT IS HEREBY ORDERED:

1. The Government's Motion for Order of Dismissal (ECF No. 48) is **GRANTED**.

2. The Government's Motion to Expedite (ECF No. 49) is **GRANTED.**

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1     3.     The Indictment filed in this matter is **DISMISSED without prejudice**.

2     4.     All pending motions are **DENIED as moot**.

IT IS SO ORDERED.  The District Court Executive is directed to enter this order, provide copies to counsel, and CLOSE the file.

**DATED** March 26, 2013.



                             THOMAS O. RICE
                     United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2